# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Nammo Talley, Inc.,

    **Plaintiff(s)/Petitioner(s),**

vs.

Allstate Insurance Company, etc., et al.,

    **Defendant(s)/Respondent(s)**

CASE NO: 2:11-cv-01007-JAT

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

**NOTICE:  $50.00 APPLICATION FEE REQUIRED!**

I, __STEVEN M. CRANE__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Continental Casualty Company and Transportation Insurance Company__.

**City and State of Principal Residence:** LaCanada, California

**Firm Name:** Berkes Crane Robinson & Seal LLP

**Address:** 515 South Figueroa Street      **Suite:** 1500

**City:** Los Angeles      **State:** CA      **Zip:** 90071

**Firm/Business Phone:** (213) 955-1150

**Firm Fax Phone:** (213) 955-1155      **E-mail Address:** scrane@bcrslaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| SEE ATTACHED SHEET | | ☑ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| 2:10-cv-01018-TMB | BDPJ Houston, LLC v. Continental Cas. Co. | 06/01/2010 |

\* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?    ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

12/6/11

**Date**

_____

**Signature of Applicant**

Fee Receipt # _____

(Rev. 03/11)

# STEVEN M. CRANE
## Admissions to the Bar
## California State Bar No. 108930

| Courts | Date of Admission |
|---|---|
| State Courts - Colorado (Inactive) | October 17, 1980 |
| 10th Circuit Court of Appeals - Colorado | 1980 |
| State Courts - California | July 1, 1983 |
| 6th Circuit Court of Appeals | March 15, 2010 |
| 9th Circuit Court of Appeals - California | June 13, 2007 |
| 3rd Circuit Court of Appeals - Pennsylvania | June, 2002 - *Pro Hac Vice* |
| U. S. District Court of Arizona | October 24, 1994 - *Pro Hac Vice*; June 1, 2010 – *Pro Hac Vice* |
| U. S. District Court of Michigan | February 4, 2010 |
| U.S. District Court of Montana | October 26, 2009 – *Pro Hac Vice* |
| U. S. District Court of Texas | October 16, 2002 - *Pro Hac Vice* |
| U. S. District Court of California - Eastern District | May 4, 1994 |
| U. S. District Court of California - Northern District | November 7, 1991 |
| U.S. District Court of California - Central District | March 6, 1984 |
| U.S. District Court of California - Southern District | March 31 1987 |
| United States Supreme Court | August 21, 2006 |

68015.1

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

Steven M. Crane, Bar 108930

duly admitted to practice in this Court on _____March 5, 1984_____

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on _____November 15, 2011_____
         DATE

TERRY NAFISI
District Court Executive, Clerk of Court

By _____
Andrea Kannike, Deputy Clerk

G-52 (09/08)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR