Mitchell J. Klein (#007430)
mjklein@polsinelli.com
Anthony W. Merrill (#022598)
amerrill@polsinelli.com
Tiffany J. Andersen (#025269)
tandersen@polsinelli.com
**POLSINELLI SHUGHART PC**
CityScape Plaza
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033

*Attorneys for Plaintiff Nammo Talley, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nammo Talley, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Allstate Insurance Company (solely as successor in interest to Northbrook Excess and Surplus Insurance Company); Continental Casualty Company; Globe Indemnity Company; National Union Fire Insurance Company of Pittsburgh, PA; Transportation Insurance Company; ABC Corporations; and XYZ Companies, <br><br> Defendants. | Case No. 2:11-CV-01007-GMS <br><br> **NOTICE OF SETTLEMENT** <br><br> (Assigned to the Honorable G. Murray Snow) |

Plaintiff, Nammo Tally, Inc. and Defendant Globe Indemnity Company ("Globe") hereby give notice that they hereto have reached a settlement of the dispute brought in the above-entitled action and are in the process of preparing the appropriate settlement documentation. Plaintiff's claims against Globe are currently subject to a pending motion to dismiss. (See Dkt. No. 43.)

Plaintiff continues to pursue its claims in the action against Defendants' Allstate Insurance Company, Continental Casualty Company and Transportation Insurance Company.

1 RESPECTFULLY SUBMITTED this 1st day of February, 2012

POLSINELLI SHUGHART PC

By: s/Anthony W. Merrill
　　Mitchell J. Klein
　　Anthony W. Merrill
　　Tiffany J. Andersen
　　CityScape
　　One E. Washington St., Ste. 1200
　　Phoenix, AZ 85004
　　Tel. 602-650-2000
　　Fax 602-264-7033
　　mjklein@polsinelli.com
　　amerrill@polsinelli.com
　　tandersen@polsinelli.com

*Attorneys for Plaintiff Nammo Talley, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2012 I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrant(s).

s/C. L. Barlow