# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nammo Talley Incorporated, | No. CV-11-1007-PHX-GMS |
| Plaintiff, | |
| vs. | **ORDER** |
| Allstate Insurance Company, et al., | |
| Defendants. | |

The Court has been advised that Plaintiff and Defendant Globe Indemnity Company have settled (Doc. 48). Accordingly,

**IT IS ORDERED** that Defendant Globe Indemnity Company will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** denying the Motion to Dismiss Party Globe Indemnity Company (Doc. 43) as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** Defendant Globe Indemnity Company on **March 5, 2012** without further leave of Court.

DATED this 2nd day of February, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge