TROUTMAN SANDERS LLP
Louise M. McCabe (*pro hac vice*)
louise.mccabe@troutmansanders.com
Timothy P. Irving (*pro hac vice*)
tim.irving@troutmansanders.com
Louis M. Segreti (*pro hac vice*)
lou.segreti@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone:   858-509-6000
Facsimile:    858 509 6040

LAW OFFICES OF ROBERT S. MURPHY, LLC
Robert S. Murphy (Arizona Bar No. 013620)
bob@rmurphylaw.com
1650 North First Avenue
Phoenix, Arizona 85003
Telephone:   (602) 528-4728
Facsimile:    (866) 224-2188

Attorneys for Defendant
Allstate Insurance Company appearing solely in its capacity as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Nammo Talley, Inc., <br><br>          Plaintiff, <br><br> v. <br><br> Allstate Insurance company, et al., <br><br>          Defendant. | Case No.  CV 11-1007-PHX-SMM <br><br> **NOTICE OF SERVICE OF DEFENDANT ALLSTATE INSURANCE COMPANY'S NOTICES OF DEPOSITION** |

Defendant Allstate Insurance Company appearing solely in its capacity as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company, by and through its undersigned counsel hereby provides notice that on September 6, 2013 served the following:

///

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

20231329v1

Case No.  CV 11-1007-PHX-SMM

1)     Deposition Notice of Ruben Garcia;

2)     Notice of Continued Deposition of Robert Blomberg;

3)     *Amended* Notice Deposition of Susan Kobyleski;

4)     *Amended* Notice of Deposition of Daniel V. Haun;

5)     *Amended* Notice of Deposition of Rick P. Ferguson;

6)     *Amended* Notice of Deposition of Gordon Scott Kerr;

7)     *Amended* Notice of Deposition of Steven M. Wegener; and

8)     *Amended* Notice of Deposition of Laurie Jacobson

via electronic mail:

>Anthony W. Merrill, Esq.
>amerrill@polsinelli.com
>Mitchell J. Klein, Esq.
>mjklein@polsinelli.com
>Tiffany J. Andersen, Esq.
>tandersen@polsinelli.com
>POLSINELLI SHUGHART PC
>CityScape
>One E. Washington Street, Suite 1200
>Phoenix, AZ  85004
>Phone: (602) 650-2000
>Fax: (602) 264-7033
>Attorneys for Plaintiff
>NAMMO TALLEY INCORPORATED

///

///

///

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: September 6, 2013 | TROUTMAN SANDERS LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/  Louise M. McCabe |
| 5 | | Louise M. McCabe (*pro hac vice*)<br>Timothy P. Irving (*pro hac vice*)<br>Louis M. Segreti (*pro hac vice*) |
| 6 | | Troutman Sanders LLP<br>11682 El Camino Real, Suite 400 |
| 7 | | San Diego, California  92130-2092 |
| 8 | | and |
| 9 | | Law Offices of Robert S. Murphy, LLC<br>1650 North First Avenue |
| 10 | | Phoenix, Arizona  85003 |
| 11 | | Attorneys for Defendant |
| 12 | | Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess & Surplus Insurance Company, formerly |
| 13 | | known as Northbrook Insurance Company |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2013 I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Dated: September 6, 2013          TROUTMAN SANDERS LLP

                                  By: */s/  Connie E. Guzmán*

20231329v1                        - 4 -          Case No. CV 11-1007-PHX-SMM