# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nammo Talley Incorporated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Allstate Ins. Co.,<br><br>　　　　　　　Defendant. | No. CV-11-01007-PHX-SMM<br><br>**ORDER** |

Counsel for Plaintiff and Defendant telephoned Chambers and jointly requested a continuance of the oral argument scheduled for April 22, 2015. The parties stipulated that more time was necessary in order to work toward settlement. Accordingly, good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' joint request to continue the oral argument scheduled for **Wednesday, April 22, 2015**.

**IT IS FURTHER ORDERED** that the oral argument shall be rescheduled for **Monday, May 18, 2015 at 2:00 p.m.** in Courtroom 401, 401 West Washington St., Phoenix, Arizona**.**

DATED this 20th of April, 2015.

Honorable Stephen M. McNamee
Senior United States District Judge