# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nammo Talley Inc., | No. CV-11-01007-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Allstate Ins. Co., | |
| Defendant. | |

Before the Court is the parties' Stipulation for Entry of Final Judgment. (Doc. 204.) Previously, the Court found in favor of Defendant Allstate Insurance Company but withheld final judgment pending the resolution of four remaining motions for summary judgment. (Doc. 200.) The parties now stipulate to the entry of final judgment as to all claims in favor of Defendant. (Doc. 204.) Accordingly,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Entry of Final Judgment. (Doc. 204.) All claims for relief asserted in the Complaint and rights and liabilities in dispute shall be adjudicated in favor of Defendant. Plaintiff shall take nothing. (Doc. 1.)

**IT IS FURTHER ORDERED** rendering all pending motions moot. (Docs. 165; 167; 190; 193.) Said motions shall be dismissed with prejudice.

///

///

1 **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter final
2 Judgment in favor of Allstate as to all claims for relief asserted in the Complaint. (Doc.
3 1.)
4 DATED this 30th of July, 2015.

Honorable Stephen M. McNamee
Senior United States District Judge