# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nammo Talley Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Allstate Insurance Company, et al.,<br><br>    Defendants. | NO. CV-11-01007-PHX-SMM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 30, 2015, judgment is entered in favor of Allstate as to all claims for relief asserted in the Complaint.

Brian D. Karth
District Court Executive/Clerk of Court

July 30, 2015

By   s/ Alan Leon-Guerrero
     Deputy Clerk